**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**HUBERT BABB,**
        **Petitioner,**

**vs.**                                                    **CASE NO.:  3:04cv453/RV/MD**

**JAMES V. CROSBY, JR.,**
        **Respondent.**

_____

**O R D E R**

        **This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 20, 2005.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a** <u>de novo</u> **determination of those portions to which an objection has been made.**

        **Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.**

        **Accordingly, it is now ORDERED as follows:**

        **1.**    **The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

        **2.**    **The respondent's limited response requesting dismissal of the petition (doc. 10), treated as a motion to dismiss, is DENIED.**

        **3.**    **The respondent is directed to address the merits of the claims raised in petitioner's § 2254 petition or assert other procedural defenses within forty-five (45) days of this order.**

        **DONE AND ORDERED this 20th day of May, 2005.**

                                    */s/ Roger Vinson*
                                      **ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**