IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HUBERT BABB,
    Petitioner,

vs.                                                    CASE NO.:  3:04cv453/RS/MD

JAMES V. CROSBY,
    Respondent.
_____

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 4, 2005.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1), challenging the conviction and sentence in the case of *State of Florida v. Hubert Babb*, in the Circuit Court of Escambia County, Florida, case no. 95-4637, is DENIED, and the clerk is directed to close the file.

    DONE AND ORDERED this 30th day of November, 2005.


                                            /s/ Richard Smoak
                                            RICHARD SMOAK
                                            UNITED STATES DISTRICT JUDGE